

IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

In RE:  In Proceedings:
17-13981

Debtor(s):
Nancy Stimmel

WITHDRAWAL OF CLAIM
Please withdraw Claim #5 in the amount of $2,086.00.

Creditor's Signature
/s/ David Lamb

Creditor's Name & Address:
Ashley Funding Services, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

Date: November 30, 2017