# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 17-13981-mdc |
| Nancy Stimmel | : | Chapter 13 |
| fka Nancy Braun | : | Judge: Magdeline D. Coleman |
| Debtor | | |

\* \* \* \* \* \*

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

NewRez LLC d/b/a Shellpoint Mortgage Servicing has filed a motion for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d) with this COURT.

**<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 19, 2019, you or your attorney must do **all** of the following:

        (a) file an answer explaining your position at:
        U.S. Bankruptcy Court
        Eastern District of PA
        Bankruptcy Clerk of Courts
        900 Market Street, #400
        Philadelphia, PA 19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b) mail a copy to the Movant's Attorney:
        Lorraine Gazzara Doyle, Esquire
        Pincus Law Group, PLLC
        425 RXR Plaza
        Uniondale, NY 11556
        516-699-8902 PHONE
        516-279-6990 FAX

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on at April 2, 2019 at 10:30 a.m., United States Bankruptcy Court, Eastern District of Pennsylvania. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

   4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5. You may contact the Bankruptcy Clerk's office at the Philadelphia Court (215)408-2800 or the Reading Court at (610)208-5040 to find out whether the hearing has been canceled because no one filed an answer.

               By:  /s/ Lorraine Gazzara Doyle
                  Lorraine Gazzara Doyle, Esquire
                  Pincus Law Group, PLLC
                  Attorney for Movant
                  425 RXR Plaza
                  Uniondale, NY 11556

Date: March 5, 2019
cc:

***Debtor***
Nancy Stimmel
936 Woodlawn Avenue
Phoenixville, PA 19460
Via U.S. Mail

***Debtor's Attorney***
JOSEPH L QUINN
The Law Office of Stephen Ross PC
152 E. High Street, Suite 100
Pottstown, PA 19464
Via CM/ECF

***Trustee***
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Via CM/ECF

***U.S. Trustee***
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
Via CM/ECF