United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Nancy Stimmel  
     Debtor

Case No. 17-13981-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: dlv    Page 1 of 1    Date Rcvd: Jun 04, 2019  
                      Form ID: pdf900    Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2019.
```
db             +Nancy Stimmel,    936 Woodlawn Avenue,    Phoenixville, PA 19460-1332
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10675,
                 Greenville, SC  29603-0675
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,     c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Jun 05 2019 03:07:11
                 Ashley Funding Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC  29603-0587
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2019 03:28:35
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:07:25       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2019 at the address(es) listed below:
```
              JASON BRETT SCHWARTZ    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
              JOSEPH L QUINN    on behalf of Debtor Nancy  Stimmel CourtNotices@rqplaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              NICOLE B. LABLETTA    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               nlabletta@pincuslaw.com,    brausch@pincuslaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7
```

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-13981 MDC |
| Nancy Stimmel f/k/a Nancy Braun | : Chapter 13 |
| Debtor | : |
| | : |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing | : |
| | : |
| Movant | : |
| vs. | : |
| Nancy Stimmel f/k/a Nancy Braun | : |
| | : |
| Debtor | : |
| | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## ORDER APPROVING STIPULATION IN SETTLEMENT OF MOTION FOR RELIEF

Upon consideration of the Stipulation between NewRez LLC d/b/a Shellpoint Mortgage Servicing and Nancy Stimmel f/k/a Nancy Braun, it is hereby:

ORDERED AND DECREED THAT: The Stipulation in Settlement of Motion for Relief from Automatic Stay is APPROVED:

June 3, 2019

_____
Honorable Magdeline D. Coleman

UNITED STATES BANKRUPTCY JUDGE