# UNITED STATES BANKRUPTCY COURT
### EASTERN District of PENNSYLVANIA

In re:                                                           Case No. 17-13981-mdc
NANCY STIMMEL
Debtor(s).

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE THAT, Secured Creditor requests the Court update its mailing matrix and
Claims Register to reflect the appropriate notice and payment addresses listed below.

WILMINGTON SAVINGS FUND SOCIETY, FSB,          Court Claim # 3-1
D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY
BUT AS TRUSTEE FOR PRETIUM MORTGAGE
ACQUISITION TRUST
Name of Secured Creditor

Old Address of Secured Creditor:

Selene Finance, LP
9990 Richmond Ave.
Suite 400 South
Houston  TX  77042

New Name and/or Address where **NOTICES** to Secured Creditor
should be sent:

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

Name and/or Address where **PAYMENTS** to Secured Creditor
should be sent (if different from above):

Selene Finance LP
Attn: BK Dept
3501 Olympus Blvd, Suite 500
Dallas, TX 75019

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By: /s/_Charles G. Wohlrab_____          Date: __June 2, 2022_____
     Agent for Secured Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on    June 17, 2022 , I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

NANCY STIMMEL
936 WOODLAWN AVENUE
PHOENIXVILLE PA, 19460

And via electronic mail to:

JOSEPH L QUINN
ROSS, QUINN & PLOPPERT, P.C.
192 S. HANOVER STREET
SUITE 101
POTTSTOWN, PA 19464

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Summer Thomas