United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-13981-mdc
Nancy Stimmel  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jul 20, 2022     Form ID: 138OBJ     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy Stimmel, 936 Woodlawn Avenue, Phoenixville, PA 19460-1332 |
| 13930716 | + | Central Finl Control, Po Box 66044, Anaheim, CA 92816-6044 |
| 13930717 | + | Chester County Assessment Office, PO Box 2748, West Chester, PA 19380-0991 |
| 13930721 | + | Keystone Collections Group, PO Box 519, Irwin, PA 15642-0519 |
| 14283370 | + | NewRez LLC, dba Shellpoint Mortgage Servicing, c/o Lorraine Gazarra Doyle, Esq., 425 RXR Plaza, Uniondale, NY 11556-3811 |
| 13930726 | + | Phoenixville Borough, 351 Bridge Street, Phoenixville, PA 19460-3490 |
| 13930728 | + | Woodlawn Village Homeowners Association, 944 Woodlawn Ave, Phoenixville, PA 19460-1328 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 20 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 20 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13986698 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:42:30 | Ashley Funding Services, LLC its successors and, assigns as assignee of Syndicated, Office Systems, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13971950 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:52:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13930718 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:44:00 | Comenity Bank/lnbryant, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13930719 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2022 23:44:00 | Comenitybk/fullbeauty, 4590 E Broad St, Columbus, OH 43213-1301 |
| 13930722 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 20 2022 23:44:00 | Kohls/Capone, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13930723 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 23:44:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067 |
| 13972612 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 23:44:00 | Nationstar Mortgage, LLC, ATTN: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14216348 | | Email/Text: mtgbk@shellpointmtg.com | Jul 20 2022 23:44:00 | New Penn Financial, LLC d/b/a Shellpoint Mortgage, P.O. Box 10675, Greenville, SC 29603-0675 |
| 13935852 | | Email/PDF: cbp@onemainfinancial.com | Jul 20 2022 23:42:41 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |

Case 17-13981-mdc  Doc 66  Filed 07/22/22  Entered 07/23/22 00:28:00  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 24 |

| 13930724 | + Email/PDF: cbp@onemainfinancial.com | | |
|---|---|---|---|
| | | Jul 20 2022 23:42:41 | One Main Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 13930725 | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | Jul 20 2022 23:44:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14038345 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 20 2022 23:42:30 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 13931966 | + Email/PDF: rmscedi@recoverycorp.com | | |
| | | Jul 20 2022 23:52:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13930727 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jul 20 2022 23:52:51 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14593643 | + Email/Text: bkteam@selenefinance.com | | |
| | | Jul 20 2022 23:44:00 | Wilmington Savings Fund Society, FSB, Selene Finance, LP, 9990 Richmond Ave Suite 400 South, Attn: BK Dept, Houston TX 77042-4546 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13930720 | ##+ | Deborah Zitomer, 11 E Airy St, Norristown, PA 19401-4815 |
| 14031008 | ##+ | Law Office of Stephen Ross, P.C., 152 E. High Street, Suite 100, Pottstown, PA 19464-5480 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

**Name**        **Email Address**

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor Wilmington Savings Fund Society FSB, D/B/A Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust cwohlrab@raslg.com

JASON BRETT SCHWARTZ
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing jschwartz@mesterschwartz.com

JOSEPH L QUINN
on behalf of Debtor Nancy Stimmel CourtNotices@rqplaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MATTEO SAMUEL WEINER
on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

MATTHEW CHRISTIAN WALDT
on behalf of Creditor Nationstar Mortgage LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 20, 2022 | Form ID: 138OBJ | Total Noticed: 24

NICOLE B. LABLETTA
      on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nlabletta@lablettawalters.com  brausch@pincuslaw.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Nancy Stimmel

        Debtor(s)                                      Case No: 17−13981−mdc

                                                             Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/20/22